UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO CEASER MARTINEZ,<br>*Plaintiff*,<br>-v.-<br>ROCKLAND COUNTY, *et al.*,<br>*Defendants*. | 26-CV-4437 (KMK)<br>ORDER OF SERVICE |

KENNETH M. KARAS, United States District Judge:

Plaintiff Julio Ceaser Martinez ("Plaintiff"), proceeding pro se, brings this Action pursuant to 42 U.S.C. § 1983, alleging he endured sexual harassment and violation of the Prison Rape Elimination Act ("PREA") while detained at the Rockland County Jail. (*See generally* Compl. (Dkt. No. 1).) By order dated June 3, 2026, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.[1] (*See* Order Granting IFP App. (Dkt. No. 5).)

I. *Valentin* Order

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff brings this Action against "Rockland County et al[,]" (Compl. 3), and alleges Officer Lopez ("Lopez"), Lieutenant Lowe ("Lowe"), and Sergeant Prez ("Prez") took part in the events giving rise to this Action, (*id.* at 4). In his Complaint, Plaintiff supplies sufficient information to permit the Rockland County Law Department to identify these individual Defendants. It is therefore ordered that the Rockland County Law Department ascertain the identities of Lopez, Lowe, and Prez and the addresses

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. 28 U.S.C. § 1915(b)(1).

where they may be served and provide this information to Plaintiff and the Court within 30 days of this Order. Within 30 days of receiving this information, Plaintiff must file an amended complaint naming these individuals. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this Order.

II. Order of Service

Because Plaintiff has been granted permission to proceed IFP, he is entitled to the assistance of the Court and the U.S. Marshals Service (the "Marshals") to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (recognizing that courts must order the Marshals to effect service for plaintiffs authorized to proceed IFP). To allow Plaintiff to effect service on Rockland County through the Marshals, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") and issue a summons for this Defendant and deliver to the Marshals all paperwork necessary for the Marshals to effect service upon it.

If the Complaint is not served within 90 days from the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals'

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have done so until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).”). Plaintiff must also notify the Court in writing if Plaintiff's address changes, and the Court may dismiss this Action if Plaintiff fails to do so.

The Clerk of Court is also respectfully directed to mail a copy of this Order an information package to Plaintiff.

SO ORDERED.

Dated: July 29, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

1. Rockland County
Rockland County Law Department
11 New Hempstead Rd
New City, NY 10956